IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIAGIO AGUGLIA,<br>        Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>        Defendant. | Civil Action No. 09-558<br>Electronically Filed |

## ORDER OF THE COURT

And now, this 19th day of October, 2009, for the reasons set forth in the foregoing memorandum opinion, it is HEREBY ORDERED as follows:

(1) Plaintiff's motion for summary judgment (Doc. No. 6) is GRANTED;

(2) Defendant's motion for summary judgment (Doc. No. 8) is DENIED; and

(3) The decision of the Commissioner of Social Security is vacated and this case is remanded for further administrative proceedings in accordance with the accompanying memorandum opinion.

 s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record